UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA TOMILSON,<br><br>                              Plaintiff,<br><br>v.<br><br>PHYTOMER, CORPORATION; and DOES 1 through 15, inclusive,<br><br>                              Defendants. | Case No.: 20-CV-2143-JM-WVG<br><br>**ORDER FOLLOWING BRIEFING ON ORDER TO SHOW CAUSE** |

On January 4, 2021, this Court convened a telephonic Pre-Early Neutral Evaluation Conference ("Pre-ENE" or "the Conference") pursuant to its December 10, 2020 Order. (Doc. No. 13.) Defense counsel appeared for the Conference. Plaintiff's counsel did not. Once the Pre-ENE concluded, the Court issued an Order to Show Cause ("OSC") on that same day. (Doc. No. 15.) The OSC directed Plaintiff's counsel to submit, no later than Friday, January 8, 2021, briefing explaining why she failed to appear for the Pre-ENE. (*Id*.) Plaintiff's counsel timely lodged her briefing within one day of the OSC's issuance and assigns human error as the reason for her non-appearance. Having reviewed and considered the entirety of Plaintiff's counsel's briefing, the Court accepts counsel's explanation and agrees that mistakes sometimes happen. Further, there is no evidence in the record that suggests Plaintiff's counsel deliberately avoided Chambers' communications to establish

contact during the Pre-ENE or that counsel was otherwise grossly negligent in failing to appear for the Conference. Accordingly, the Court abstains from issuing sanctions against Plaintiff's counsel in this instance. Counsel is reminded to diligently and thoroughly review all Court orders and calendar appropriately.

Dated: January 5, 2021

Hon. William V. Gallo
United States Magistrate Judge